**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

---

In Re:                                                    Case #17-20516
**Debtor:** Ann-Marie Reid                                Chapter 13

---

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 02-28-2018 and the following parties were present:

1. [ x ] The Debtor: Ann Marie Reid
2. [ x ] The Debtor's Attorney: Roshawn Banks
3. [ x ] The Lender's Representative: Erica Naylor
4. [ x ] The Lender's Attorney: Meredith Wasserman

**B.** The final MMM conference was scheduled for 02-28-2018 but not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [ x ] The parties reached an agreement
2. [   ] The parties did not reach an agreement


Dated: 03.01.18                Signature of Mediator: _____ //s// Lisa McCue
                               Printed Name: Lisa McCue
                               Address: 6245 N Federal Hwy # 418 Ft. Lauderdale, FL 33308
Copies To:                     Phone: (954) 235-2041
[All Parties to Mediation]     Email: lisamccue@outlook.com